December 23, 2015

Case Number 12-08-00335-CR

12th Court of Appeals
1517 West Front Street
Suite 354
Tyler, Tx. 75702



FILED IN COURT OF APPEALS
12th Court of Appeals District

DEC 28 2015

TYLER TEXAS
PAM ESTES, CLERK

Dear Clerk,

My name is Larry Jackson #1517416, incarcerated at the Walls Unit. I received a letter from the Texas State Law Library out of Austin, Texas, stating that a Petition for Discretionary Review file # PD-1656-09 has been returned to the Court of Appeals and stored within the direct appeal case file. If this is correct, I would like to request documents from this file. It is important to know this information, the ruling or opinions regarding this matter.

Larry Jackson #1517416
Huntsville Unit
815 12th Street
Huntsville, Tx. 77348

P.S. Clerk please send me a copy file and date stamp and send me a copy. Thank you.